IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-02339-RPM

ANTHONY ULIBARRI and
JOANN DEHERRERA,

        Plaintiffs,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

        Defendant.

_____

ORDER SETTING SCHEDULING CONFERENCE
_____

        Pursuant to Procedural Order Number One entered by this Court on October 1,

2015, counsel have contacted chambers to set a date and time for a Scheduling

Conference pursuant to Rule 16 and it is

        ORDERED that a scheduling conference will be held on **January 28, 2016, at 11:00**

**a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse,

1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with the Instructions

for Preparation of Scheduling Order which may be found at

**http://www.cod.uscourts.gov/judges/judges.aspx** (Senior Judge Richard P. Matsch

Procedures) and use the format provided with those instructions (Rev. 6/23/15).  The

proposed order (original only) on paper, shall be submitted directly to chambers by **4:00**

**p.m. on January 19, 2016.**  The conference is conducted with lead counsel present in

person.  No parties or representatives of parties will be permitted to attend.

DATED:   December 18th, 2015

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, Senior Judge